# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LEON NASH and**
**CARRIE LESTER**                                                **PLAINTIFFS**

**VS.**                 **NO. 4:15CV00507 JM**

**METROPOLITAN HOUSING AUTHORITY, et al.**         **DEFENDANTS**

### ORDER

Plaintiff has now filed an amended complaint as directed by the Court. The United States Marshal is requested to attempt to perfect service on Defendant Davis, in person, at the address provided in docket entry 17 with Plaintiff's original and amended complaints, docket entries 3 and 31 along with an executed summons.

IT IS SO ORDERED this 17th day of December, 2015.

_____
James M. Moody Jr.
United States District Judge